**Michael Tyrone PERRY,**
**Plaintiff–Appellant,**

v.

**SCDC; Lee Correctional Institution; Sergeant Jimmy Williams; William A. Byers, Director over SCDC, Defendants–Appellees.**

No. 12–7801.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2012.

Decided: Dec. 19, 2012.

Michael Tyrone Perry, Appellant Pro Se.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Tyrone Perry appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perry v. SCDC,* No. 4:12–cv–01001–TLW, 2012 WL 3613979 (D.S.C. Aug. 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*